**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

JIMMIE COLLIER                                                      PETITIONER

V.                                           NO. 1:09CV034-A-D

DALE CASKEY, et al.                                      RESPONDENTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice and this case is **CLOSED**. Petitioner's motion to proceed IFP (docket entry 2) is **DENIED**. Petitioner's motion to hold in abeyance (docket entry 3) is **DENIED**.

**IT IS SO ORDERED.**

THIS the   15th   day of June, 2009.


                                                              /s/ Sharion Aycock
                                                             **U.S. DISTRICT JUDGE**